UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 04 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:15cr52HTW-FKB

COREY JOHNSON   18 U.S.C. § 922(g)(1)

**The Grand Jury charges:**

On or about June 20, 2015, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **COREY JOHNSON**, having been convicted previously of a felony, that is, a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce, a firearm in violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

NOTICE OF FORFEITURE

As a result of the offense specified above, the defendant, **COREY JOHNSON**, shall forfeit to the United States all firearms and ammunition used or involved in the commission of the offense, including, but not limited to:

(1) Glock, Model: 19, 9mm caliber pistol, serial number FC531US.

Further, if any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property,

which cannot be divided without difficulty, then it is the intent of the United States, to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described above.

All pursuant to Section 924(d)(1), Title 18, United States Code.

_____
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:


_____
Foreperson of the Grand Jury


This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 4th day of August, 2015.


_____
UNITED STATES MAGISTRATE JUDGE